## EARL A. STAMBAUGH v. STATE.

No. A-8558.   Sept. 15, 1933.
(25 Pac. [2d] 1016.)

David Tant and H. M. Shirley, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, hereinafter called defendant, was convicted in the district court of Oklahoma county of receiving stolen property, and his punishment fixed at a term of one year in the state penitentiary.

The appeal is by transcript. Judgment was rendered on October 4, 1932, and the appeal was lodged in this court on April 3, 1933. No briefs in support of the appeal have been filed.

No reason to interfere with the judgment appears.

The case is affirmed.